# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DANNY W. FABRE

NO. 2025 KW 0791

**NOVEMBER 3, 2025**

---

In Re: Danny W. Fabre, applying for supervisory writs, 21st Judicial District Court, Parish of Livingston, No. 6839.

---

**BEFORE: THERIOT, LANIER, AND HESTER, JJ.**

**WRIT GRANTED.** The district court is ordered to act on relator's application for postconviction relief, filed May 3, 2024, on or before December 9, 2025, and to provide this court with a copy of its ruling by December 16, 2025.

**MRT**
**WIL**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT